MONITOR STUDIOS, LLC,
        Plaintiff,

      v.
                                     **Judgment in a Civil Case**
                                     Case Number: 5:04-CV-940-FL

ROSS REDDICK, a/k/a SIBE, a/k/a
ALASKA, and JOHN DOES 1 - 10,
        Defendants.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED, ADJUDGED AND DECREED that:

1.    Plaintiff have and recover of defendant Ross Reddick, a/k/a Sibe, a/k/a Alaska, judgment in the principal amount of Ten Thousand dollars (10,000.00).

2.    Defendant shall further pay plaintiff's costs of suit herein in the amount of Four Hundred and Forty Five dollars (445.00).

3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing plaintiff's rights under federal or state law in the graphic artwork and images of plaintiff at issue herein, and is further enjoined from reproducing, copying duplicating, disseminating, publishing, transmitting, distributing, displaying, storing, uploading, downloading, offering or making available any unauthorized copies of plaintiff's graphic artwork in whole or in part. For the purposes of this Order, the prohibitions set forth in this paragraph shall include the placement of an unauthorized copy of plaintiff's graphic artwork into a computer's hard drive or other storage device; scanning any of plaintiff's graphic artwork, "uploading" a digital file containing any of plaintiff's graphic artwork from the computer to a bulletin board system, chat room, IRC or other server; and "downloading" a digital file containing any of plaintiff's graphic artwork from a bulletin board system, chat room, IRC or other server to a computer.

4.    Defendant shall be and hereby is enjoined from assisting, aiding or abetting any other person or business entity from engaging in or performing any of the above-described acts.

5.    Defendant shall be and hereby is enjoined from making unauthorized use of plaintiff's computers and computer systems, or plaintiff's agents' computers or computer systems.

6.    Defendant shall be and hereby is enjoined from any unauthorized access of plaintiff's protected computer system.

The clerk is DIRECTED to enter judgment in accordance with this order and close the case.

SO ORDERED: Louise W. Flanagan, Chief United States District Judge

JUDGMENT FILED AND ENTERED THIS 22ND   DAY OF SEPTEMBER 2006, AND COPIES MAILED TO:

Gregory S. Connor                    Ross Reddick
The Connor Law Firm                  5433 NW St. Helens Rd.  &  14500 NE 29th PL
6340 Quadrangle Dr.                  Portland, OR 97210          #354
Suite 170                                                        Bellevue, WA 98007
Chapel Hill, NC 27517

September 22, 2006                   MICHAEL BROOKS, ACTING CLERK


                                     _/s/Donna Rudd_____
                                       (by) Deputy Clerk